MICHAEL C. KRONLUND - SBN 142296
NANCY D. HART - SBN 195372
JAMES T. PERKETT - SBN 343926
**QUINN & KRONLUND, LLP**
Brookside Corporate Center
3439 Brookside Road, Suite 207 (92519)
Post Office Box 8328
Stockton, CA  95208-0328
Telephone:  (209) 943-3950
Facsimile:   (209) 943-3505
mkronlund@quinnlaw.net
nhart@quinnlaw.net
jperkett@quinnlaw.net
tami@quinnlaw.net

Attorneys for Defendant
REPUBLIC ELECTRIC WEST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>GOLDEN BEAR INSURANCE COMPANY; REPUBLIC ELECTRIC WEST, INC., and DOES 1-50,<br><br>            Defendants.<br>_____/ | CASE NO.  3:21-cv-05176-EMC<br><br>**STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING**<br><br>*Pursuant to Fed. R. Civ. P. 6(b_(1) and Local Rule 8-3* |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between the parties, Plaintiff, NAVIGATORS SPECIALTY INSURANCE COMPANY ("Plaintiff") and Defendant, REPUBLIC ELECTRIC WEST, INC. ("Defendant"), through their respective attorneys of record, as follows:

WHEREAS, Plaintiff filed its Corrected First Amended Complaint adding defendant REPUBLIC ELECTRIC WEST, INC., on September 27, 2022;

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on September 29, 2023;

1

WHEREAS, Defendant desires additional time to prepare and file a responsive pleading;

WHEREAS, Plaintiff is willing to provide an additional thirty (30) days for Defendant to prepare and file its responsive pleading.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:

1. Defendant, REPUBLIC ELECTRIC WEST, INC.'s last day to file its pleading in response to the Plaintiff's Corrected First Amended Complaint is extended from October 20, 2022 to November 21, 2022.

IT IS SO STIPULATED AND AGREED.

**I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.**

Dated: 10/18/22            **WOLKIN CURRAN LLP**

/s/ Catherine M. Tolson
_____
Catharine M. Tolson, Esq.
Attorneys for Plaintiff
NAVIGATORS SPECIALY INSURANCE COMPANY

Dated: 10/18/22            **QUINN & KRONLUND, LLP**

/s/ Michael C. Kronlund
_____
Michael C. Kronlund, Esq.
Nancy D. Hart, Esq.
James T. Perkett, Esq.
Attorneys for Defendant
REPUBLIC ELECTRIC WEST, INC.

Date: October 20, 2022

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Edward M. Chen]